Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Heather N. Herd (State Bar No. 217521)
hherd@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
LINKS MEDICAL PRODUCTS, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINKS MEDICAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DENIS WATSON, an individual; WATSON & SON, a New Zealand limited liability company; MANUKA MEDICAL LTD, a United Kingdom Limited Liability Company; and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No. SACV 11-1975 JST (MLGx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Judge: Hon. Josephine Staton Tucker <br> Ctrm: 6D |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: June 29, 2012

JOSEPHINE STATON TUCKER
Hon. Josephine Staton Tucker
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

962/017689-0034
3668362.1 a06/28/12

-1-

Case No. SACV 11-1975 JST (MLGx)
[PROPOSED] ORDER DISMISSING ACITON
WITH PREJUDICE